In the Matter of the Claim of NETTIE LICHTENAGER against SAMUEL SILVERMAN et al., Respondents. STATE INDUSTRIAL BOARD, Appellant.

(Submitted November 22, 1932; decided December 6, 1932.)

*John J. Bennett, Jr.*, Attorney-General (*Joseph A. McLaughlin* and *Abraham Brekstone* of counsel), for appellant.

*Frank L. Ward* for respondents.

Order affirmed, with costs against the State Industrial Board; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.